## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Francis Michael Dunn                                    CHAPTER 13
                          Debtor(s)

                                                    BKY. NO. 25-23234 JCM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2017-6, U.S.
Bank National Association, as Indenture Trustee and index same on the master mailing list.

        Respectfully submitted,

/s/ 
        Denise Carlon
        02 Dec 2025, 12:36:52, EST

Denise Carlon, Esq. (317226)        ☑
Matthew Fissel, Esq. (314567)        ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com