Certificate Number: 06531-PAW-DE-041106471

Bankruptcy Case Number: 25-23234



06531-PAW-DE-041106471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2026, at 3:39 o'clock PM CDT, Francis M Dunn completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 17, 2026          By:     /s/Sharon Schroeder

Name:  Sharon Schroeder

Title:   Certified Credit Counselor