**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-23234-JCM |
| | : | | |
| Francis Michael Dunn | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/8/2026 |
| | : | Time: | 01:30 |

**PROCEEDING MEMO**

***MATTER*** #34 Contested hearing on Chapter 13 Plan

***APPEARANCES:***

Debtor: Chris Frye
Trustee: Ronda J. Winnecour

***NOTES:***

Winnecour: This Plan relies on a sale which has not happened. The conciliations were continued for them to retain a realtor, and that has not happened. The current payment is $485. Without a sale it would need to be $4,395. I request dismissal without prejudice.

Frye: My client has become unresponsive.

***OUTCOME:*** Case dismissed without prejudice based on the Trustee's oral motion at the time of the hearing. System dismissal form to be entered.

SIGNED
9/8/26 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA