Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Francis Michael Dunn** | : | Case No. 25−23234−JCM |
| *Debtor(s)* | : | Chapter: 13 |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT**

***AND NOW,*** this ***The 8th of September, 2026,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

John C. Melaragno, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-23234-JCM

Francis Michael Dunn Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3

Date Rcvd: Sep 08, 2026 Form ID: 309 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis Michael Dunn, 1484 Wilson Street, Glenshaw, PA 15116-2348 |
| 16625261 | + | Allegheny County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 16632583 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16625264 | | Jordan Tax Service, 7100 Baptist Road, Bethel Park, PA 15102-3908 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 09 2026 04:56:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16612987 | | EDI: BANKAMER | Sep 09 2026 08:48:00 | Bank Of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 16612986 | | EDI: BANKAMER | Sep 09 2026 08:48:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 16612985 | + | EDI: BANKAMER | Sep 09 2026 08:48:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16612989 | + | EDI: CAPITALONE.COM | Sep 09 2026 08:48:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16612988 | + | EDI: CAPITALONE.COM | Sep 09 2026 08:48:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16625262 | ^ | MEBN | Sep 09 2026 04:50:10 | Compass Self Storage, c/o Collection Bureau of America, 25954 Eden Landing Rd 1st Floor, Hayward, CA 94545-3816 |
| 16612990 | ^ | MEBN | Sep 09 2026 04:50:33 | Cornerstone, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16612995 | ^ | MEBN | Sep 09 2026 04:50:34 | Cornerstone, Attn: Bankruptcy Dept, 120 North Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16625263 | | EDI: IRS.COM | Sep 09 2026 08:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16613000 | + | EDI: NFCU.COM | Sep 09 2026 08:49:00 | NAVY FCU, Po Box 3700, Merrifield, VA 22119-3700 |
| 16613001 | + | EDI: NFCU.COM | Sep 09 2026 08:49:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 16630601 | | EDI: NFCU.COM | Sep 09 2026 08:49:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 16625073 | + | Email/Text: ebnpeoples@grblaw.com | Sep 09 2026 04:56:00 | Peoples Natural Gas Company LLC, GRB Law, |

| | | | | |
|---|---|---|---|---|
| | | | | c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16613002 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2026 04:56:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 16613003 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2026 04:56:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 16630803 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2026 04:56:00 | Towd Point Mortgage Trust 2017-6, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 16674151 | | Email/Text: EDBKNotices@ecmc.org | Sep 09 2026 04:56:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2017-6, U.S. Bank Nation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16612991 | *+ | Cornerstone, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16612992 | *+ | Cornerstone, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16612993 | *+ | Cornerstone, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16612994 | *+ | Cornerstone, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16612996 | *+ | Cornerstone, Attn: Bankruptcy Dept, 120 North Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16612997 | *+ | Cornerstone, Attn: Bankruptcy Dept, 120 North Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16612998 | *+ | Cornerstone, Attn: Bankruptcy Dept, 120 North Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16612999 | *+ | Cornerstone, Attn: Bankruptcy Dept, 120 North Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16625265 | * | Jordan Tax Service, 7100 Baptist Road, Bethel Park, PA 15102-3908 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Francis Michael Dunn julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Keri P. Ebeck | |

| | |
|---|---|
| | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor Towd Point Mortgage Trust 2017-6 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6