**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

FRANCIS MICHAEL DUNN — Case No.:25-23234

Debtor(s)

Ronda J. Winnecour — Document No.:
Movant
vs.
No Respondents.

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/28/2025 and confirmed on 03/17/2026 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 4,850.00 |
| Less Refunds to Debtor | 485.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,365.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 99.39 | |
| Trustee Fee | 252.19 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 351.58 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Secured | | | | | |
| | TOWD POINT MORTGAGE TRUST 2017-6<br>Acct: 7640 | 0.00 | 2,631.82 | 0.00 | 2,631.82 |
| | TOWD POINT MORTGAGE TRUST 2017-6<br>Acct: 7640 | 77,253.40 | 0.00 | 0.00 | 0.00 |
| | COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: H256 | 900.00 | 0.00 | 0.00 | 0.00 |
| | JORDAN TAX SERVICE INC**<br>Acct: H256 | 499.42 | 0.00 | 0.00 | 0.00 |
| | NAVY FEDERAL CREDIT UNION*<br>Acct: 5448 | 16,810.52 | 0.00 | 796.65 | 796.65 |
| | BANK OF AMERICA<br>Acct: 0803 | 17,974.00 | 584.95 | 0.00 | 584.95 |
| | | | | | 4,013.42 |
| Priority | | | | | |
| | KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FRANCIS MICHAEL DUNN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | FRANCIS MICHAEL DUNN<br>Acct: | 485.00 | 485.00 | 0.00 | 0.00 |
| | STEIDL & STEINBERG PC<br>Acct: | 3,400.00 | 99.39 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 8492 | 200.00 | 0.00 | 0.00 | 0.00 |
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | US DEPARTMENT OF EDUCATION<br>Acct: 0314 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 8492 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 0314 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 0314 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 0314 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLEGHENY HEALTH NETWORK<br>Acct: 3990 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK USA NA<br>Acct: 1166 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION BUREAU OF AMERICA<br>Acct: 9602 | 0.00 | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 8492 | 9,171.64 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC*<br>Acct: 8690 | 913.68 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY(*)<br>Acct: 5090 | 2,184.57 | 0.00 | 0.00 | 0.00 |
| | WH BURKLEY LLP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | GRB LAW**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS 4,013.42

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 200.00 |
| SECURED | 113,437.34 |
| UNSECURED | 12.269.89 |

Date: 10/14/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com